**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| ALII O. BAOY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PERSOLVE LEGAL GROUP, LLP;<br>LUIS DUENAS, CHRIS STEFAN,<br>AND HADA FERNANDEZ<br><br>　　　　Defendants. | Case No.: 2:23-CV-08711-TJH-Ex<br><br>**ORDER DISMISSING CASE**<br> **[32]  [JS-6]** |

　　The parties have filed a joint stipulation requesting dismissal of the case with prejudice, with all parties to bear their own costs and fees per Federal Rule of Civil Procedure 41.

　　Based on the joint request, the Court dismisses the case with prejudice, with all parties to bear their own costs and fees.

Dated:  AUGUST 19, 2024　　　By: _[signature: Terry J. Hatter, Jr.]_

　　　　　　　　　　　　　　　　The Honorable Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　Central District of California

CERTIFICATE OF SERVICE

1
ORDER DISMISSING CASE

I hereby certify that on August 19, 2024, a true and correct copy of the foregoing [PROPOSED] ORDER DISMISSING CASE was mailed to Plaintiff at the following address and emailed on August 16, 2024, at the following email address:

    Alii O. Baoy
    425 North Burlington Avenue
    Los Angeles, CA 90026
    Aliibaoy5@gmail.com

By:   /s/ June D. Coleman
        June D. Coleman